IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VICTOR FRANCIS BECK,

    Petitioner,

       v.

FRED BURNETTE
Warden,

    Respondent.

CIVIL ACTION FILE
NO. 1:05-CV-2983-TWT

## OPINION AND ORDER

      This is a pro se habeas corpus action.  It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending that the Petition be dismissed on the merits.  No objections have been filed by the Petitioner. Nevertheless, I have carefully reviewed the Petition and the Report and Recommendation.  "Victor Beck was indicted for two counts of rape, two counts of incest, four counts of aggravated child molestation, five counts of aggravated sexual battery, and eleven counts of child molestation, all committed on his two stepdaughters.  Beck's wife and another child testified on behalf of the State.  The jury found him guilty of all counts except one count of aggravated child molestation and one count of child molestation, as to which the trial court directed a verdict of

T:\ORDERS\05\Beck\05cv2983\r&r.wpd

acquittal." <u>Beck v. State</u>, 263 Ga. App. 256, 256-257 (2003). For the reasons stated in the thorough and well reasoned Report and Recommendation of the Magistrate Judge, neither the Petitioner's trial counsel nor his appellate counsel provided ineffective assistance of counsel. The trial court did not violate any of the Petitioner's constitutional rights by any of its evidentiary rulings. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petition is DENIED.

SO ORDERED, this 4 day of January, 2008.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge